UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA : | Criminal Number: |
| : | |
| v. : | Violation: |
| : | |
| : | 33 U.S.C. §§ 1311(a), 1319(c)(1)(A) |
| EARL ANDERSON, : | (Clean Water Act) |
| Defendant. : | |

### INFORMATION

The United States Attorney charges that:

At all times material to this Information:

### COUNT ONE
### (Clean Water Act - Negligent Discharge of a Pollutant without a Permit)

1. The Federal Water Pollution Control Act, Title 33, United States Code, § 1251 et seq., more commonly known as the Clean Water Act, was enacted by Congress to restore and maintain the chemical, physical, and biological quality of the Nation's waters. 33 U.S.C. § 1251(a). In addition, the Clean Water Act was enacted to prevent, reduce and eliminate water pollution in the United States and to conserve the waters of the United States for the protection and propagation of fish and aquatic life and wildlife, for recreational purposes, and for the use of such waters for public drinking water, agricultural, and industrial purposes. 33 U.S.C. § 1252(a).

2. The Clean Water Act prohibits the discharge of any pollutant into waters of the United States except in compliance with a permit issued pursuant to the Clean Water Act under the National Pollutant Discharge Elimination System by the United States Environmental Protection Agency or by a state with an approved permit program. 33 U.S.C. §§ 1311(a) and 1342.

3.  The term "pollutant" means dredged spoil, solid waste, incinerator residue, sewage, garbage, sewage sludge, munitions, chemical wastes, biological materials, radioactive materials, heat, wrecked or discarded equipment, rock, sand, cellar dirt, and industrial, municipal, and agricultural waste discharged into water. 33 U.S.C. § 1362(6).

4.  The term "discharge of a pollutant" is defined as the addition of any pollutant to navigable waters from any point source. 33 U.S.C. § 1362(12)(A).  The term "navigable waters" means the waters of the United States, including the territorial seas. 33 U.S.C. § 1362(8).  A "point source" is defined as any discernible, confined and discrete conveyance from which pollutants are discharged, for example, a pipe, ditch, or channel. 33 U.S.C. § 1362(14).

5.  Between on or about May 23, 2011, and on or about June 6, 2011, in the District of the District of Columbia, the defendant, Earl Anderson, negligently discharged and negligently caused to be discharged a pollutant, namely, wastewater, particulates, and debris collected from storm water inlets, catch basins and oil-water separators, from a point source into a water of the United States without a permit issued under Title 33, United States Code, § 1342.

**(Clean Water Act - Negligent Discharge of a Pollutant without a Permit,
in violation of Title 33, United States Code, Sections 1311(A) and 1319(c)(1)(A))**

RONALD C. MACHEN JR.
UNITED STATES ATTORNEY


By: _____
Jonathan Hooks, D.C. Bar 468570
Assistant United States Attorney
United States Attorney's Office
   for the District of Columbia
Fraud and Public Corruption Section
555 Fourth Street, NW
Washington, D.C. 20530
Email: jonathan.hooks@usdoj.gov


IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Div.


By. _____ /JPH
Lana N. Pettus, Virginia Bar 69825
Trial Attorney
Environmental Crimes Section
Environment and Natural Resources Div.
United States Department of Justice
600 D Street, NW
Washington, D.C. 20004
Email: lana.pettus@usdoj.gov